1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,
   |
11 |           Plaintiff,              No. Civ. S-06-30 LKK/PAN (JFM)
   |
12 |     v.                            **STIPULATION AND ORDER
   |                                   EXTENDING THE UNITED STATES'
13 | 2002 PURE STEEL CUSTOM            TIME TO FILE A COMPLAINT FOR
   | MOTORCYCLE, VIN:                  FORFEITURE AND/OR TO OBTAIN AN
14 | 1P9CS07242P284179, LICENSE        INDICTMENT ALLEGING FORFEITURE**
   | NUMBER MC1ACW, and
15 |
   | APPROXIMATELY $2,260.00 IN U.S.
16 | CURRENCY,
   |
17 |           Defendants.

18

19      It is hereby stipulated by and between the United States of

20 America and claimant John R. Towner ("Claimant"), by and through

21 their respective attorney, as follows:

22      1.  On or about December 28, 2005, Claimant filed claims, in

23 the administrative forfeiture proceedings, with the Federal Bureau

24 of Investigation with respect to the 2002 Pure Steel Custom

25 Motorcycle, VIN: 1P9CS07242P284179, License Number MC1ACW, and

26 Approximately $2,260.00 in U.S. Currency (hereafter collectively

27 referred to as the "Assets").  The Assets were seized on or about

28 October 24, 2005.

1  2. The Federal Bureau of Investigation has sent the written
2 notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to
3 all known interested parties.  The time has expired for any person
4 to file a claim to the Assets under 18 U.S.C. § 983(a)(2)(A)-(E),
5 and no person other than the Claimant has filed a claim to the
6 Assets as required by law in the administrative forfeiture
7 proceeding.

8  3. Under 18 U.S.C. § 983(a)(3)(A), the United States is
9 required to file a complaint for forfeiture against the Assets
10 and/or to obtain an indictment alleging that the Assets are subject
11 to forfeiture within 90 days after a claim has been filed in the
12 administrative forfeiture proceedings, unless the court extends the
13 deadline for good cause shown or by agreement of the parties.
14 Because the Federal Bureau of Investigation received John R.
15 Towner's claim on December 28, 2005, the United States would be
16 required to file a complaint for forfeiture against the Assets
17 and/or to obtain an indictment alleging that the Assets are subject
18 to forfeiture by March 28, 2006.

19  4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
20 by agreement to extend to April 28, 2006, the time in which the
21 United States is required to file a civil complaint for forfeiture
22 against the Assets and/or to obtain an indictment alleging that the
23 Assets are subject to forfeiture.

24  5. Accordingly, the parties agree that the deadline by which
25 the United States shall be required to file a complaint for
26 forfeiture against the Assets and/or to obtain an indictment
27 ///
28

1  alleging that the Assets are subject to forfeiture shall be
2  extended to April 28, 2006.
3  DATED: 3/15/06                    McGREGOR W. SCOTT
                                     United States Attorney
4
5                                    /s/ Courtney J. Linn
6                                    COURTNEY J. LINN
                                     Assistant U.S. Attorney
7
8
9  DATE: 3/15/06                     /s/ Courtney J. Linn for
                                     CLYDE M. BLACKMON
10                                   Attorney for Claimant John R. Towner
11                                   (Telephonic permission given to
                                     Courtney J. Linn to sign by Clyde
12                                   Blackmon on 3/13/06)
13
14     **IT IS SO ORDERED.**
15
16  DATE:  March 24, 2006.
                                     /s/Lawrence K. Karlton
17                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
18                                   UNITED STATES DISTRICT COURT

3